1104

No. 12–7026. PARRISH v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7029. WASHINGTON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7031. MOYA-FELICIANO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7035. LUCAS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7037. EFFIOM v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 12–7038. CANNON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 12–7041. COLEMAN v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–7047. REED v. BROWN, WARDEN. Super. Ct. Richmond County, Ga. Certiorari denied.

No. 12–7056. GONZALES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–7062. FREDERICK v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7069. RAYNER v. MILLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7072. RANDOLPH v. TEXACO INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7074. GARRAWAY v. SAMUELS, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–7094. CAGNO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.